## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **CONNIE MORTUS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 08-906 WDS |
| | ) |
| **MICHAEL J. ASTRUE, Commissioner** | ) |
| **of the Social Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Motion of Plaintiff to dismiss her Complaint with Prejudice, and the Court having read said Motion and considered same, and being otherwise fully advised in the premises, finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED by the Court that Plaintiff's Complaint be, and the same hereby is, dismissed with prejudice.

_____
W. DANIEL SCHNEIDER
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted on 3-25-09*
IONE E. GUTIERREZ
Attorney for Plaintiff

*Telephonic Approval Received 3-20-09*
MANUEL LUCERO
Assistant US Attorney
Attorney for Defendant